# United States District Court

| NORTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA

V.

Erasmo DIAZ-Gonzales

**CRIMINAL COMPLAINT**

(Name and Address of Defendant)

CASE NUMBER: 07 70285

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, **April 24, 2007**, in **Santa Clara County** in the **Northern** District of **California** defendant(s)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title **8** United States Code, Section(s) **1326**
I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following
                                  *Official Title*
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
                     ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

5/16/07                                    at    San Jose, California
Date                                              City and State

Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE              _____
Name & Title of Judicial Officer                Signature of Judicial Officer

RE: DIAZ-Gonzales,Erasmo                                              A 072 997 664

I, Darin L. Masterton, am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed by this agency, and the former Immigration and Naturalization Service (INS), since September 15, 1996. I am currently assigned to the Criminal Alien Program (CAP) at the San Jose, California Sub-Office. In such capacity, I have reviewed the official immigration "A-File" relating to the above named defendant, which attests to the following:

(1)     DEFENDANT: Erasmo DIAZ-Gonzales, is a 30-year-old male, citizen and native of Mexico, born on January 19, 1977, in Oaxaca, Mexico, substantiated by official A-File records, and statements given by the DEFENDANT on April 24, 2007, to ICE Immigration Enforcement Agent Erin Diep;

(2)     The DEFENDANT has been assigned Alien Registration number of A072 997 664, FBI number of 785637XA0, and California Criminal Information Index number of A12108526;

(3)     The DEFENDANT is also know by the following alias ("AKAs") names:

**Mario Erasto SANTOS-BARRAGAN**

(4)     On October 17, 1996, INS arrested and deported the DEFENDANT from the United States to Mexico;

(5)     On November 15, 1996, INS arrested and deported the DEFENDANT from the United States to Mexico;

(6)     On August 27, 1997, INS arrested and deported the DEFENDANT from the United States to Mexico;

(7)     On September 9, 1997, the DEFENDANT was convicted in the United States District Court, for the offense of REENTRY AFTER DEPORTATION, a felony, in violation of Title 8, United States Code, Section 1326, and was sentenced to two months in federal prison;

(8)     On, the DEFENDANT was encountered by ICE Immigration Enforcement Agent (IEA) Erin Diep at the Santa Clara County Jail, San Jose, California, and determined to be unlawfully present in the United States after a prior deportation. IEA Diep advised the DEFENDANT of his Miranda rights in the English and Spanish language. The DEFENDANT waived his Miranda rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Secretary of the Department of Homeland Security or the United States Attorney General to reenter the United States;

RE: DIAZ-Gonzales,Erasmo                                                        A 072 997 664

(9)  The DEFENDANT's official A-File does not contain any record or indication that the DEFENDANT requested or received permission from the Secretary of the Department of Homeland Security or the Attorney General of the United States to reenter the United States;

(10) Based on the above stated information, this Officer believes there is sufficient probable cause that the DEFENDANT is present within the United States in violation of Title 8, United States Code, Section 1326.

Darin L. Masterton
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 16 day of May, 2007

Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE

/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/