UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED

MAY 2 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                   Case Number CR 07-70285 HRL

Erasmo Diaz-Gonzales
AKA Mario Santos Barrigan
        Defendant.                    ORDER - CJA CONTRIBUTION(s) DUE

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

IT IS HEREBY ORDERED THAT:

[✓]  THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $150 PER MONTH, until the case is concluded or until further order of the Court, commencing: **If not in custody**

   [✓]  That certain date of ___6/15___ and the SAME DAY each month thereafter;

   [ ]  The first day of _____ and the FIRST DAY of each month thereafter;

   [ ]  MAIL TO:   Clerk, U. S. District Court
                   280 South First Street, Room 2112
                   San Jose, CA.  95113-3095

   Please indicate that this is a CJA payment and include the case number shown above.


[ ]  THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

   [ ]  That certain date of _____;

   [ ]  MAIL TO:   Clerk, U. S. District Court
                   280 South First Street, Room 2112
                   San Jose, CA.  95113-3095

   Please indicate that this is a CJA Payment and include the case number shown above.


DATED: 5/22/07              Howard R. Lloyd  U. S. MAGISTRATE JUDGE

cc: Defense counsel, defendant, AUSA, Finance Office, Probation

AO 72