SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

E-FILING

FILED

2007 MAY 31 A 9:08

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07 00342 JF |
| Plaintiff, | VIOLATION: 8 U.S.C. § 1326 - Illegal Re-entry Following Deportation |
| v. Mario Santos-Barrigan ~~ERASMO DIAZ-GONZALES~~, | SAN JOSE VENUE |
| Defendant. | |

INFORMATION

The United States Attorney charges:

On or about April 24, 2007, the defendant

ERASMO DIAZ-GONZALES,

an alien, previously having been arrested and deported from the United States on or about October 17, 1996, November 15, 1996, August 27, 1997 and February 13, 1998, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a reapplication by the defendant for admission into the United States, in

//

INFORMATION

1
2 | violation of Title 8, United States Code, § 1326.
3
4 | DATED: *May 30, 2007*
5 |                       SCOTT N. SCHOOLS
                      United States Attorney
6
7 |                       DAVID R. CALLAWAY
8 |                       Deputy Chief, San Jose Branch
9
10 | Approved as to form: _____
                     SAUSA Benjamin Kennedy
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION                  2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED** (stamp)

### OFFENSE CHARGED

8 USC § 1326, Illegal Reentry

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
20 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment

### DEFENDANT - U.S.

2007 MAY 31 A 9:09

▶ ERASMO DIAZ-GONZALES

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**DISTRICT COURT NUMBER**

CR 07 00342 JF

RS

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  **BENJAMIN T. KENNEDY**

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments: