AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
V.

MARIO SANTOS-BARRAGAN

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 07 00342 JF

I, __MARIO SANTO-BARRAGAN__, the above named defendant, who is accused of

__violation of Title 8 USC section 1326, illegal re-entry__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __May 31 2007__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
MAY 3 1 2007
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

__Mario Santos Berragan__
Defendant

__[signature]__
Counsel for Defendant

Before _____
Judicial Officer