UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, June 13, 2007
**Case Number:** CR-07-00342-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Lee-Anne Shortridge

TITLE:   **UNITED STATES OF AMERICA V. MARIO SANTOS-BARRIGAN**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Mario Santos-Barrigan |
| **Attorneys Present:** Benjamin Kennedy | **Attorneys Present:** Nick Humy |

PROCEEDINGS:

Status Review hearing held. Counsel, Spanish interpreter Heather Bridger and defendant are present. Continued to 6/27/07 at 9:00 a.m. for further status review. 29 days are excluded for the reasons stated.