**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition, Judgment and Sentencing Hearing, June 27, 2007
**Case Number:** CR-07-00342-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**   **UNITED STATES OF AMERICA V. MARIO SANTOS-BARRIGAN**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Mario Santos-Barrigan |
| Attorneys Present: Susan Knight | Attorneys Present: Nick Humy |

---

PROCEEDINGS:

   Disposition, Judgment and Sentencing hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Defendant pleads guilty to count 1 of the Information. Defendant is sentenced to time served (2 months prison); 3 years supervised release; and $100.00 special assessment.