**FILED**

JUN 27 2007

RICH...
CLERK, U.S. ...
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00342 JF |
| Plaintiff, ) | [PROPOSED] ORDER FOR RELEASE |
| vs. ) | |
| MARIO SANTOS-BARRIGAN, ) | Honorable Jeremy Fogel<br>United States District Judge |
| Defendant. ) | |

GOOD CAUSE APPEARING,

The defendant having served his sentence in this matter is hereby ordered to be released from the custody of the US Marshals.

IT IS SO ORDERED.

Dated: June 27, 2007

_____
HONORABLE JEREMY FOGEL
United States District Judge

[Proposed] Order for release              1