# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

*FILED APR 11 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

April 4, 2008

Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3434

*CR-07-00342-JF*

Re:    08mj864-LSP, USA v. Mario Santos-Barrigan

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| X | Complaint | | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other | Removal/ID Hearing minutes | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/ K. Madden
Deputy Clerk

# U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:08-mj-00864-LSP All Defendants
## Internal Use Only

Case title: USA v. Santos-Barrigan

Date Filed: 03/19/2008
Date Terminated: 04/03/2008

Assigned to: Magistrate Judge Leo S. Papas

### Defendant

**Mario Santos-Barrigan** (1)
*TERMINATED: 04/03/2008*
*also known as*
Erasmo Diaz-Gonzalez (1)
*TERMINATED: 04/03/2008*

represented by **Russell Sheridan Babcock**
Law Offices of Russell S Babcock

1400 Sixth Avenue
Suite 210 B
San Diego, CA 92101
(619)531-0887
Fax: (619)531-0918
Email: russbab@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

I hereby attest and certify on 4/4/08
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

| Complaints | Disposition |
|---|---|
| 18:3583(e)(3) - Violation of Supervised Release | |

**Plaintiff**

**USA**            represented by    **U S Attorney CR**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2008 | | Arrest of Mario Santos-Barrigan on 3/17/2008. (knh) (Entered: 03/20/2008) |
| 03/19/2008 | 1 | OUT OF DISTRICT COMPLAINT as to Mario Santos-Barrigan (1). (kmm) (Entered: 03/19/2008) |
| 03/19/2008 | 2 | Minute Entry for proceedings held before Magistrate Judge Leo S. Papas : Initial Appearance as to Mario Santos-Barrigan held on 3/19/2008. Attorney Russell Sheridan Babcock (n/a) appointed for Mario Santos-Barrigan. No bail set. Preliminary Hearing set for 4/3/2008 09:30 AM in Courtroom G before Magistrate Judge Leo S. Papas. Removal/ID Hearing set for 4/3/2008 09:30 AM in Courtroom G before Magistrate Judge Leo S. Papas. (Tape #LSP08-14:41-14:44).(Plaintiff Attorney Lara Stingley, AUSA).(Defendant s/a Attorney Bridget Kennedy, FD). (knh) (Entered: 03/20/2008) |
| 04/03/2008 | 3 | Minute Entry for proceedings held before Judge Leo S. Papas : Removal/ID Hearing as to Mario Santos-Barrigan held on 4/3/2008, Deft admits identity and waives removal/id hearing, |

| | | |
|---|---|---|
| | | waiver of rule 5(c) & 5.1 (a) forthwith. Warrant of removal submitted. All pending hearings are hereby vacated. (Tape #LSP08:1046-1051).(Plaintiff Attorney James Melendes). (Defendant Attorney Russell Babock). (kmm) Main document added on 4/4/2008 (kmm). (Entered: 04/04/2008) |
| 04/03/2008 | 4 | WAIVER of Rule 5 Hearings by Mario Santos-Barrigan. (kmm) (Entered: 04/04/2008) |
| 04/03/2008 | 5 | WARRANT of Removal to Northern District of California Issued as to Mario Santos-Barrigan. (removal letter sent) (kmm) (Entered: 04/04/2008) |
| 04/03/2008 | 6 | ABSTRACT OF ORDER remanding Mario Santos-Barrigan to USM custody. (kmm) (Entered: 04/04/2008) |

FILED
2008 MAR 19 PM 12:45

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

_____ KNK _____ DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **'08 MJ 0864**

The person charged as <u>Santos-Barrigan, Mario</u> "Aka" Erasmo Diaz-Gonzales now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the <u>Northern</u> District of <u>California</u> on <u>8/30/07</u> with <u>Title 18 USC 3583 (e)(3),</u> in violation of:

Violation of Supervised Release

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 3/19/08

Don Vazquez
CI - Deputy United States Marshal

Reviewed and Approved

DATE: 3/19/08

_____
Assistant United States Attorney

1331633

O 442 (Rev. 5/93) Warrant for Arrest  0111 0830-11640

# United States District Court
## Northern District of California

**E-FILING**

UNITED STATES OF AMERICA,

v.

**Mario Santos-Barrigan**
"Aka" Erasmo-Diaz-Gonzales

WARRANT FOR ARREST

Case Number: **CR-07-00342-JF**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Mario Santos-Barrigan "Aka" Erasmo Diaz-Gonzales

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment  ( ) Information  ( ) Complaint
( ) Order of Court  ( ) Violation Notice  (X) Probation Violation Petition

charging him or her with:

**Violation of Supervised Release**

in violation of Title __18__ United States Code, Section(s) __3583__

| Cita F. Escolano | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| Cita F. Escolano | 8/30/07 San Jose, CA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __NO BAIL__    by    __Jeremy Fogel__
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |

# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Jose Venue

**Filed**

AUG 2 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## Petition for Arrest Warrant for Offender Under Supervision

Name of Offender: Mario Santos-Barrigan
aka Erasmo Diaz-Gonzales       Docket No.: CR 07-00342-001 JF

Name of Sentencing Judge: Jeremy Fogel
United States District Judge

Date of Original Sentence: June 27, 2007

Original Offense:
Count One: Illegal Re-entry Following Deportation, 8 U.S.C. § 1326, Class C Felony

Original Sentence: Time served, three years supervised release.
Special Conditions: special assessment $100.00; comply and cooperate with ICE;

Type of Supervision: Supervised Release          Date Supervision Commenced: June 27, 2007
Assistant U.S. Attorney: Benjamin T. Kennedy     Defense Counsel: Nicholas P. Humy (AFPD)

### Petitioning the Court

The issuance of a no bail warrant for the offender's arrest.

I, Juan F. Ramirez, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

NDC-SUPV-FORM 12C(2) 03/23/05

Mario Santos-Barrigan aka Erasmo Diaz-Gonzales                               Page 2
CR 07-00342-001 JF

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the general condition that states the defendant shall not commit another federal, state or local crime. |

    On August 22, 2007, written correspondence from Immigration and Customs Enforcement (ICE), stated that the defendant was deported on July 2, 2007.

    On or about July 6, 2007, the offender re-entered the United States after being deported, in violation of 8 U.S.C. § 1326, without the express consent of the Secretary of the Department of Homeland Security.

    On July 6, 2007, Senior U.S. Border Patrol Agent J. Krawcion attempted to contact a stopped vehicle to inquire if assistance was needed. The vehicle stopped near California State Route 94 and California State Route 188, which is approximately two miles north of the U.S. and Mexico Border in Southern California. This is known as a boarding place from which illegal aliens are smuggled further into the United States. Upon approaching the vehicle, the driver attempted to pull out and accelerate away. The vehicle's rear tire separated from the vehicle and agent Krawcion noticed several individuals crouching down behind the front seat. Agent Krawcion identified himself and questioned the occupants in the vehicle as to their citizenship. The offender identified himself as Erasmo Diaz-Gonzales, also known as Mario Santos-Barragon, and stated he is a citizen and national of Mexico, illegally present in the United States. Agent Krawcion arrested the offender and transported him to the California Stated Route 94 Border Patrol Checkpoint for processing.

    A routine record check revealed that the offender had a criminal and immigration record. The offender's record was determined by a comparison of his criminal record and the defendant's fingerprint card.

    Evidence of this violation can be obtained from the United States District Court Southern District of California complaint #07-MJ-1605 and the written correspondence from ICE date August 22, 2007. The offender is scheduled to appear in the United States District Court Southern District of California on August 29, 2007, at 9:30 a.m.

Mario Santos-Barrigan aka Erasmo Diaz-Gonzales     Page 3
CR 07-00342-001 JF

Two     There is probable cause to believe that the offender violated special condition number one that states the defendant shall comply with the rules and regulations of the Bureau of Immigration and Customs Enforcement and, if deported, not reenter the United States without the express consent of the Secretary of the Department of Homeland Security.

> On August 22, 2007, written correspondence from Immigration and Customs Enforcement (ICE), stated that the defendant was deported on July 2, 2007.

> On or about July 6, 2007, the offender re-entered the United States after being deported, in violation of 8 U.S.C. § 1326, without the express consent of the Secretary of the Department of Homeland Security.

> On July 6, 2007, Senior U.S. Border Patrol Agent J. Krawcion attempted to contact a stopped vehicle to inquire if assistance was needed. Agent Krawcion identified himself and questioned the occupants in the vehicle as to their citizenship. The offender identified himself as Erasmo Diaz-Gonzales, also known as Mario Santos-Barragon, and stated he is a citizen and national of Mexico, illegally present in the United States. Agent Krawcion arrested the offender and transported him to the California Stated Route 94 Border Patrol Checkpoint for processing.

> A routine record check revealed that the offender had a criminal and immigration record. The offender's record was determined by a comparison of his criminal record and the defendant's fingerprint card.

> Evidence of this violation can be obtained from the United States District Court Southern District of California complaint #07-MJ-1605 and the written correspondence from ICE date August 22, 2007. The offender is scheduled to appear in the United States District Court Southern District of California on August 29, 2007, at 9:30 a.m.

Address of offender:     In custody
Metropolitan Correctional Center (MCC) in San Diego

NDC-SUPV-FORM 12C(2) 03/23/05

Mario Santos-Barrigan aka Erasmo Diaz-Gonzales
CR 07-00342-001 JF

Page 4

Based on the foregoing, there is probable cause to believe that Mario Santos-Barrigan aka Erasmo Diaz-Gonzales violated the conditions of his supervision. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,

*[signature]*

Juan F. Ramirez
U.S. Probation Officer
Date Signed: August 27, 2007

Approved as to form:

*[signature]*

Supervisory U.S. Probation Officer

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒ The issuance of a no bail warrant.

☐ Other:

*[signature] 8/27/07*
Date

*[signature]*
Jeremy Fogel
United States District Judge

NDC-SUPV-FORM 12C(2) 03/23/05

Warrant of Removal Probation/Supervised Release (After Waiver of Hearing)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**MARIO SANTOS-BARRIGAN** | Magistrate Case<br>No. **08MJ0864**<br><br>**WARRANT OF REMOVAL**<br>(After Waiver of Hearing) |

To: United States Marshal

A warrant having been issued in the Northern District of California, charging defendant **MARIO SANTOS-BARRIGAN** with violating a condition of supervised release, in violation of Title 18, United States Code, Section 3583(e)(3), and the above-named defendant having been arrested in this district and, after waiving hearing, pursuant to Federal Rule of Criminal Procedure 32.1, having been committed by a United States Magistrate Judge to your custody pending his removal to that district,

You are hereby commanded to commit the above-named defendant forthwith to the Northern District of California and there deliver him to the United States Marshal for that district or to some other officer authorized to receive him.

RECEIVED 2008 APR -3 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

_____
HON. LEO S. PAPAS
United States Magistrate Judge

Dated at San Diego, California, this ___3d___ day of ___April___, 2008.

### RETURN

Northern District of California (at San Jose)                    ss

Received the within warrant of removal the _____ day of _____, 2008, and executed same.

_____
U. S. Marshal

By _____
Deputy Marshal

JPME/tlp/March 31, 2008/Rev. 12/02

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA

v.

__Santos-Barragan__
Defendant

**WAIVER OF RULE 5(c) & 5.1(a) HEARINGS:**
(Complaint/Indictment)
Proceedings Pending Outside So. Dist. of CA
CASE NUMBER: __08 MJ 0860__

CHARGING DISTRICTS
CASE NUMBER: __CR-07-00342-JF__

I understand that charges are pending in the ~~Southern~~ __Northern__ District of __CA__ alleging violation of __18 USC 3583(e)(3) MS__
(Title and Section)
and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_Eresmo Diaz_
Defendant

__4/3/08__
Date

_____
Defense Counsel

K:\COMMON\CSA\forms\2005\Waiver_R5.wpd

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**APRIL 3, 2008**

| HON. **LEO S. PAPAS** | | | DEPUTY CLERK: **J. JARABEK** |
|---|---|---|---|
| 08MJ0864-LSP | USA | VS | MARIO SANTOS-BARRIGAN(1/C/SPA)51304198 |

1: RUSSELL BABCOCK
AUSA: JAMES MELENDRES


REMOVAL/ID HEARING
================================================================
PCL08:1046-1051


DEFT ADMITS IDENTITY AND WAIVES REMOVAL/ID HEARING
WAIVER OF RULE 5(c) & 5.1(a) FILED
COURT ORDERS DEFT REMOVED FORTHWITH

WARRANT OF REMOVAL SUBMITTED

ALL PENDING HEARINGS ARE HEREBY VACATED