UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Final Hearing re Revocation of Supervised Release, April 30, 2008
**Case Number:** CR-07-00342-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:      UNITED STATES OF AMERICA V. MARIO SANTOS-BARRIGAN

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Mario Santos-Barrigan |
| **Attorneys Present:** Benjamin Kennedy | **Attorneys Present:** Nick Humy |

PROCEEDINGS:
   Final hearing re Revocation of Supervised Release held.  Counsel, Spanish interpreter Lupita Arce and defendant are present.  Defendant admits the Petition.  Defendant is sentenced to time served and 3 years supervised release.